UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

VANESSA A. LOCKWOOD,

                Plaintiff,

   v.                                        ORDER
                                                       12-CV–973

CAROLYN W. COLVIN
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

---

     The above-referenced case was referred to Magistrate Judge Hugh B. Scott pursuant to 28 U.S.C. §636(b)(1)(B).  The matter involves defendant's decision to award plaintiff benefits, pursuant to the Social Security Act, based upon a disability onset date of August 1, 2007.  Plaintiff objects to defendant's finding of August 1, 2007 as a reasonable onset date for her disability.  Plaintiff and defendant filed cross-motions for judgment on the pleadings.  (Dkt. Nos. 9 and 10)  On August 8, 2014, Magistrate Judge Scott issued a Report and Recommendation recommending that this Court grant defendant's motion for judgment on the pleadings and deny plaintiff's cross-motion for same.  (Dkt. No. 16)  Specifically, Magistrate Judge Scott found that substantial evidence supported the defendant's choice of August 1, 2007 as the reasonable onset date of plaintiff's disability.

     On August 22, 2014, plaintiff filed objections to the Report and

Recommendation. (Dkt. No. 17) Defendant filed a response on September 3, 2014 (Dkt. No. 18) and plaintiff filed a reply on September 19, 2014 (Dkt. No. 20). At that time the Court deemed the matter submitted.

Pursuant to 28 U.S.C. §636(b)(1), this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections have been made. Upon *de novo* review, and after reviewing the submissions of the parties, the Court adopts the proposed findings of the Report and Recommendation in their entirety.

Accordingly, for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendant's motion for judgment on the pleadings is granted, and plaintiff's motion for judgment on the pleadings is denied. The Clerk of the Court is instructed to close the case.

SO ORDERED.

*Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated: October 1, 2014